## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NICHCOLE RUCKER-MONTGOMERY,**

        Plaintiff,

    vs.                               **CASE NUMBER: 5:12-CV-1085**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

        Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the final decision of the Commissioner is reversed, and that the matter is remanded for further administrative action,

All of the above pursuant to the Consent Order of the Honorable Judge DAVID N. HURD, dated the 22nd day of March, 2013.

DATED: March 22, 2013

_Lawrence K. Baerman_
Clerk of Court

                s/Christine Mergenthaler
                Christine Mergenthaler
                Deputy Clerk

entered and served
3/22/13 - cm